UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHERI RAE WEST and ROCKLAND WEST, individually and the marital community composed thereof,<br><br>Plaintiff(s),<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign auto insurer,<br><br>Defendant(s). | CASE NO. 2:21-cv-00936-TL<br><br>ORDER EXTENDING DISCOVERY DEADLINES AND STRIKING PENDING MOTION TO COMPEL |

This matter is before the Court on the Parties' Stipulated Motion to Continue Plaintiffs' Motion to Compel Discovery and Extend Discovery Deadlines (Dkt. No. 38) and Plaintiffs' Motion to Compel Discovery and Continue Expert Disclosure Deadline (Dkt. No. 33). In the stipulated motion, the Parties agree to extend the deadline for expert witness reports and the discovery completion deadline to April 17 and May 12, 2023, respectively. The Court GRANTS the request to extends these dates (Dkt. No. 38) pursuant to Section II(G) of Judge Lin's Standing Order. All other deadlines remain unchanged.

ORDER EXTENDING DISCOVERY DEADLINES AND STRIKING PENDING MOTION TO COMPEL - 1

The Parties further stipulate that the extended discovery period might allow for "some or all of the discovery disputes raised in Plaintiffs' Motion to Compel Discovery [to] be resolved amicably." Dkt. No. 38 at 1-2. The Court therefore STRIKES Plaintiffs' pending motion to compel (Dkt. No. 33) with leave for Plaintiff to refile if the Parties are unable to resolve any remaining disputes given the additional time for discovery.

Dated this 20th day of January 2023.

Tana Lin
United States District Judge