Heather M. Jensen, WSBA #29635
Jonathan R. Missen, WSBA #42689
Lewis Brisbois Bisgaard & Smith, LLP.
1111 Third Avenue, Suite 2700
Seattle, WA 98101
Tel: (206) 436-2020
Heather.Jensen@lewisbrisbois.com
Jonathan.Missen@lewisbrisbois.com
*Attorneys for Defendant*

IN THE UNITED STATE DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| CHERI RAE WEST and ROCKLAND WEST, individually and the marital community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign auto insurer,<br>Defendants. | Case No. 2:21-cv-00936-TL<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

**ORDER**

Based on the stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice and without award of attorney fees or costs to any party.

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - 1
2:21-cv-00936

93532778.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

DATED this 21st day of April 2023.

_____
Tana Lin
United States District Judge

Presented by:

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By:

*/s/ Heather M. Jensen*
Heather M. Jensen, WSBA #29635

*/s/ Jonathan R. Missen*
Jonathan R. Missen, WSBA #42689
Attorneys for Defendants
1111 Third Avenue, Suite 2700
Seattle, WA  98101
(206) 436-2020
Email:  Heather.Jensen@lewisbrisbois.com
Email:  Jonathan.Missesn@lewisbrisbois.com


*Approved for Content and form:*

DAVIS LAW GROUP, P.S.


By:

*/s/ Christopher M. Davis*
Christopher M. Davis, WSBA #23234

*/s/ Kyle A. Jones*
Kyle A. Jones, WSBA #50838
Attorneys for Plaintiffs
2101 Fourth Avenue, Suite 1030
Seattle, WA  98121
(206) 727-4000
Email:  chris@davislawgroupseattle.com
Email:  kyle@davislawgroup.com

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE - 2
2:21-cv-00936

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

93532778.1